AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00104 |
| Craig Michael Bingert | ) | Assigned to: Judge Faruqui, Zia M. |
| | ) | Assign Date: 1/18/2021 |
| | ) | Description: COMPLAINT W/ARREST WARRANT |
| Date of Birth: XXXXXXXX | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 231(a)(3) | Certain Acts During Civil Disorder |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_Emily T. Eckert, Special Agent_
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 01/18/2021

2021.01.18 09:34:19 -05'00'

Judge's signature

City and state: Washington D.C.

Zia M. Faruqui, U.S. Magistrate Judge
Printed name and title