**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | Case No. 1:21-cr-00091-RCL |
| vs. | |
| **CRAIG BINGERT et al.,** | |
| Defendants. | |

**ORDER GRANTING AGREED MOTION TO**
**CONTINUE STATUS CONFERENCE**

THIS MATTER, having come before the Court on an agreed motion to continue the status hearing currently set for Monday, September 27, 2021, and the Court having considered the facts set forth in the motion and the records and files herein, the Court hereby **ORDERS** that the currently scheduled hearing date is stricken and that the hearing is reset to Tuesday, October 19, 2021, at 10:00am.

**DONE** this 24 day of September, 2021.

_____
The Honorable Royce C. Lamberth
United States District Judge