**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 21-cr-91 (RCL)** |
| | **:** | |
| **CRAIG MICHAEL BINGERT,** | **:** | |
| **ISAAC STEVE STURGEON, and** | **:** | |
| **TAYLOR JAMES JOHNATAKIS,** | **:** | |
| | **:** | |
| **Defendants.** | **:** | |

## NOTICE OF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby gives notice of the following:

To illustrate the government's consistent and diligent efforts to produce voluminous discovery materials arising out of the breach of the United States Capitol on January 6, 2021 (the "Capitol Breach"), the government has, in several cases, filed status memoranda describing the efforts of the Capitol Breach Discovery Team on a regular basis since July 2021.

The government requests that those memoranda, attached hereto and listed below, be made part of the record in this case:

1. Memorandum Regarding Status of Discovery as of July 12, 2021 (and Exhibit A);

2. Memorandum Regarding Status of Discovery as of August 23, 2021; and

3. Memorandum Regarding Status of Discovery as of September 14, 2021.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:   /s/ *Emily A. Miller*                                  By:   */s/ Angela N. Buckner*
      EMILY A. MILLER                                              ANGELA N. BUCKNER
      Capitol Breach Discovery Coordinator                        Assistant United States Attorney
      DC Bar No. 462077                                           D.C. Bar No. 1022880
      United States Attorney's Office                             United States Attorney's Office
      555 Fourth Street, N.W., Room 5826                          555 Fourth Street, N.W.
      Washington, DC 20530                                        Washington, D.C. 20530
      Emily.Miller2@usdoj.gov                                     Angela.Buckner@usdoj.gov
      (202) 252-6988                                              (202) 252-2656