UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CRAIG MICHAEL BINGERT *et al.*,<br><br>*Defendants*. | Case No. 1:21-cr-00091-RCL |

## ORDER

For the reasons set forth in the accompanying memorandum opinion, defendant Isaac Sturgeon's motion to dismiss [55], which defendants Craig Bingert [56] and Taylor Johnatakis [59] joined, is hereby **DENIED**.

It is **SO ORDERED**.

Date: May 25, 2022

_____
Hon. Royce C. Lamberth
United States District Judge