IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Case No. 1:21-cr-0091-RCL-01 |
| | : | |
| **CRAIG MICHAEL BINGERT, et al.,** | : | |
| Defendant. | : | |

## NOTICE OF PUBLIC AUTHORITY DEFENSE

Craig Michael Bingert, through counsel, and pursuant to Federal Rule of Criminal Procedure 12.3, hereby gives notice that he may assert as a defense at trial that he was acting under actual or believed public authority at the time of some of the alleged offenses. Mr. Bingert submits that, on or about January 6, 2021, he was and believed he was directed and authorized to march to the Capitol building and enter the Capitol Grounds by Donald J. Trump and his various agents and representatives. At the time, Mr. Trump was vested with the full authority of the Executive Branch as President of the United States of America and was acting under color of that authority.

    Respectfully Submitted,

    _____
    Allen H. Orenberg, # 395519
    The Orenberg Law Firm, P.C.
    12505 Park Potomac Avenue, 6th Floor
    Potomac, Maryland 20854
    Tel. No. (301) 984-8005
    Fax No. (301) 984-8008

Cell-Phone (301) 807-3847  
aorenberg@orenberglaw.com  
Counsel for Craig Michael Bingert

Dated: November 6, 2022