UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**CRAIG MICHAEL BINGERT** and<br>**ISAAC STEVE STURGEON**,<br><br>*Defendants.* | Case No. 1:21-cr-91-RCL-1,<br>1:21-cr-91-RCL-2 |

## ORDER

On February 28, 2023, defendant Isaac Steve Sturgeon filed an Unopposed Motion [114] to Continue the trial date set for May 15, 2023, primarily so that Sturgeon's counsel could travel to a close friend's wedding, to which she was invited after the trial date was set. At the March 23, 2023 status conference, the Court denied that motion but stated that it would adjust the sitting dates for the trial in order to accommodate Sturgeon's counsel's travel schedule. *See* Minute Entry (Mar. 23, 2023). On March 29, 2023, Sturgeon filed a further Motion [120] to Continue, citing the same travel concerns and adding that refraining from sitting a day would impose a burden on Sturgeon and his co-defendant, Craig Michael Bingert, who might then have to remain in Washington over the weekend.

The Court appreciates the importance to Sturgeon's counsel of attending the wedding and, as stated at the March 23 status conference, is willing to accommodate her travel schedule. However, the Court's trial calendar is so full that there simply are no openings long enough to conduct this trial until several months after the currently scheduled date. Accordingly, the only way the Court can reasonably make such an accommodation is by refraining from sitting on Friday, May 19. The Court understands that that may cause the trial to run over into the following week and thus may require Sturgeon and Bingert to extend their stay in Washington. But the Court

1

concludes that it would impose an even greater burden on the defendants to delay by several months the resolution of felony charges against them that have now been pending for over two years. Moreover, the Court notes that after its decision to sever Sturgeon's and Bingert's trial from that of their former co-defendant, Taylor James Johnatakis, their trial may now take less time to complete than previously expected.

For these reasons, it is hereby **ORDERED** that Sturgeon's motion to continue the May 15, 2023 trial date is **DENIED**. However, the Court will not sit for this trial on Friday, May 19, so that Sturgeon's counsel may travel to her friend's wedding. If the trial has not concluded by the end of the day on Thursday, May 18, it will resume on Monday, May 22.

**IT IS SO ORDERED.**

Date: April 12, 2023

Royce C. Lamberth
United States District Judge