IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No. 21-cr-0091-RCL-01 |
| | : | |
| CRAIG MICHAEL BINGERT | : | |
| Defendant. | : | |

### NOTICE OF THE FILING WAIVER OF TRIAL BY JURY FORM BY DEFENDANT CRAIG M. BINGERT

COMES NOW, Allen H. Orenberg, counsel for Craig M. Bingert, to respectfully file this Notice of the Filing of Waiver of Trial by Jury Form.

Said Waiver is attached as an Exhibit to this Notice.

Respectfully Submitted,

_____
Allen H. Orenberg, # 395519
The Orenberg Law Firm, P.C.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Tel. No. 301-984-8005
Cell Phone No. 301-807-3847
Fax No. 301-984-8008
aorenberg@orenberglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of April, 2021, a copy of the foregoing Notice of the Filing of Waiver of Trial by Jury Form by Defendant Craig M. Bingert, was delivered to case registered parties by the CM/ECF court system.

_____
Allen H. Orenberg