To whom it may concern,

I am Craig Michael Bingert's father. Craig was a good kid growing up.  In all his school years he never got into any trouble. He attended school and got involved in after-school activities like playing football for his school.  He attended college and received a degree.  Craig being the oldest was always willing to help his siblings if they needed his assistance.  One example of this is when Craig drove out on a snowy day to help his brother who was just in a car accident.  Craig is a caring person he visits his grandmother regularly.  This has become more important this year as his mother, and I have moved out of state and Craig took it upon himself to check in on his grandmother regularly.  Craig is a reliable and hard worker and always shows up for work.  He works extra jobs to try to improve his life.

I can truly understand how difficult it is for you to have to make a decision of this type and under these circumstances, without really knowing the person in front of you, I know if given a chance Craig will show you that he is indeed a good person and will be a positive influence in the community.

Respectfully,

Craig R Bingert

Craig Bingert
BIN-1012@msn.com